FILED
CLERK U.S. DISTRICT COURT
APR - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
Fee Paid

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBERT PFAFF, ) **JURY TRIAL DEMANDED**

v. )

CRISTINA CABRE-DIAZ. **CV12-02854**-GHK(MANx)

**ORIGINAL COMPLAINT**

**Introduction**

1. Plaintiff Robert Pfaff, a citizen of Minnesota, brings this diversity action against Cristina Cabre-Diaz, a citizen of California. Plaintiff alleges that Defendant defamed him and tortiously interfered with Plaintiff's contractual relationships. Plaintiff further alleges that Defendant's actions were taken in concert with her husband and other persons known and unknown to Plaintiff as part of a conspiracy to damage Plaintiff's good name and reputation, and to deprive Plaintiff of his liberty.

**Jurisdiction**

2. This Court has jurisdiction under 28 U.S.C. § 1332 as the parties are diverse, and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332.

**Venue**

3. Venue is appropriate in the Central District of California.

**Statement of Facts**

4. On or about October 17, 2007, Defendant provided materially false statements to law enforcement concerning a dinner that allegedly occurred in July of 2005 at Defendant's then home in Tel Aviv, Israel.





004421

PAID
APR 2, 2012
APR - 2 2012

5. Defendant provided said false statements described in paragraph four in order to provide corroboration for perjured testimony given by her husband on October 12, 2007, in United States District Court.

6. Defendant knew at the time of making the statements described in paragraph four that her statements were in fact false, and that as a result of her statements, Plaintiff's counsel would no longer be able to represent Plaintiff because Defendant's statements, if presumed true, created a conflict of interest between Plaintiff and his counsel.

7. Defendant, in concert with her husband and others known and unknown to Plaintiff, wanted Plaintiff's counsel excused from the proceedings in order to hinder Plaintiff's ability to receive adequate representation, and to protect her husband from vigorous cross-examination from Plaintiff's counsel, the only attorney with comprehensive knowledge of the allegations at issue in the proceeding.

8. On December 1, 2008, Defendant, in concert with her husband and others known and unknown to the Plaintiff, appeared as a witness in United States District Court and gave false testimony concerning the circumstances surrounding the dinner described in paragraph four.

**Count One (Slander)**

9. Paragraphs 1-8 are hereby reincorporated as fully set forth herein.

10. Defendant knowingly made defamatory false statements affecting Plaintiff. Said statements caused Plaintiff to lose his livelihood, damaged his good name and reputation, and deprived him of his liberty.

**Count Two (Tortious Interference With Contract)**

11. Paragraphs 1-8 are hereby reincorporated as fully set forth herein.

12. Defendant tortiously interfered with Plaintiff's contractual relationship with his attorney by knowingly making false statements in order to create a conflict of interest between Plaintiff and his counsel.

13. As a result of Defendant's false statements, Plaintiff's counsel was forced to withdraw as lead counsel in the proceeding, leaving Plaintiff no choice but to spend over $1,000,000 to retain new counsel to lead Plaintiff's trial team.

**Count Three (Conspiracy)**

14. Paragraphs 1-8 are hereby reincorporated as fully set forth herein.

15. Defendant, in concert with her husband and others known and unknown to Plaintiff, did knowingly combine, conspire, and confederate to commit the allegations set forth in paragraphs 1-13 of this Original Complaint.

**Relief Requested**

16. Plaintiff requests $10,000,000 in damages for Defendant's defamatory statements and conspiratorial acts.

17. Plaintiff requests $1,000,000 for Defendant's tortious interference with Plaintiff's contractual relationship with his attorney.

18. Plaintiff requests $10,000,000 for emotional distress caused by Defendant's actions.

19. Plaintiff requests $5,000,000 in punitive damages against Defendant.

20. Plaintiff requests his costs, attorney's fees, and such other relief the Court may deem fit.

Respectfully submitted,

Robert Pfaff
P.O. BOX 1000
Duluth, Minnesota 55814

PRIORITY® MAIL
UNITED STATES POSTAL SERVICE
Flat R
Mailin
For Domes
Visit us at usps.com
USA 44
Purple Heart
INTERNATIONAL RESTRICTIONS:
LIMITATIONS ON CONTENT:
When using Priority Mail, restrictions apply for cash or cash equivalents and hazardous materials may be prohibited.
WHEN USED INTERNATIONALLY 4 POUND WEIGHT LIMIT APPLIES.
Additional country-specific prohibitions/restrictions may apply. See International Mail Manual (IMM) country pages for details.
CUSTOMS:
For international use affix customs declaration PS Form 2976.
HOW TO USE:
1. Complete Address Area
Type or Print required return address and addressee information in customer block area or on label.
2. Payment Method
Affix postage or meter strip to area indicated in upper right hand corner.
3. Acceptance
Bring your Flat Rate Priority Mail envelope to a Post Office, or to schedule pickup of your postage paid envelopes visit us at usps.com/pickup.
We Deliver!
From:/Expéditeur:
Robert Pfaff
P.O. BOX 1000
Duluth, MN 55814
RECEIVED
CLERK, US DISTRICT COURT
MAR 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY
To:/Destinataire:
Clerk, U.S. District Court
312 N. Spring St., Rm 6-8
Los Angeles, CA 90012-4701
Country of Destination:/Pays de destination:
Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste. This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.
Please recycle.
EP14F
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail®.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F JULY 2007 © U.S. POSTAL SERVICE
Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

**CV12- 2854 GHK (MANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California 

ROBERT PFAFF

FOR OFFICE USE ONLY

*Plaintiff*

v.

CRISTINA CABRE-DIAZ

*Defendant*

Civil Action No. CV12-02854-GHK (MANx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CRISTINA CABRE-DIAZ
404 12th Street
Santa Monica, California 90402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FOR OFFICE USE ONLY

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

ANDRES PEDRO

*Signature of Clerk or Deputy Clerk*

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA

1202

Date: APR - 2 2012

FOR OFFICE USE ONLY

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Robert Pfaff

(b) County of Residence of First Listed Plaintiff: St. Louis
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert Pfaff, P.O. BOX 1000, Duluth, MN 55814

## DEFENDANTS

Cristina Cabre-Diaz

County of Residence of First Listed Defendant: Los Angeles County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 28 U.S.C. 1332

Brief description of cause: Diversity action based on defamation, tortious intereference with contact, conspiracy.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $

CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE DOCKET NUMBER

DATE 3/26/12 SIGNATURE OF ATTORNEY OF RECORD Robert Pfaff

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

CV12-02854 - GHK (MANx)