UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
APR 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ROBERT PFAFF,            )

v.                       )   CV-12-02854-GHK-MANx

CRISTINA CABRE-DIAZ.     )

### PLAINTIFF'S RESPONSE TO ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY VENUE IS NOT PROPER

On April 10, 2012, the Court entered an order, Docket Entry ("DE") 2, directing the Plaintiff to show cause why this action should not be dismissed for improper venue. DE 2. According to the Court, the Complaint does not adequately reflect proper venue under either of the three venue provisions of 28 U.S.C. § 1391(b). *Id.*

This is a diversity action brought by a *pro se* Plaintiff. As such, Plaintiff's pleadings are entitled to liberal construction. Venue is proper in the Central District of California as Defendant resides in this District. In conjunction with the filing of Plaintiff's Complaint, Plaintiff sought, and was issued, a summons for Defendant who resides in Santa Monica, California. *See* Attachment A. Santa Monica is in the Central District of California, Western Division. Venue is proper, then, under 28 U.S.C. § 1391(b)(1).

Finally, proper venue having been shown, it is unnecessary for Plaintiff to demonstrate venue under the other provisions of § 1391(b) because the statute is written in the disjunctive. *W. Showcase Homes, Inc. v. Fuqua Homes, Inc.*, 2010 U.S. Dist. LEXIS 54575 * 5 (D. Nev. 2010)( "[T]he subsections of § 1391(a) are disjunctive; venue lies if any of these subsections is satisfied for a given district.").

Respectfully submitted,

*[signature: Robert Pfaff]*

Robert Pfaff
P.O. BOX 1000
Duluth, Minnesota 55814

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California 

ROBERT PFAFF

*Plaintiff*

v.

CRISTINA CABRE-DIAZ

*Defendant*

Civil Action No.

**CV12-02854-GHK (MANx)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CRISTINA CABRE-DIAZ
404 12th Street
Santa Monica, California 90402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/2/2012

_____
Signature of Clerk or Deputy Clerk

Attachment A